# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROGER D. MOSBY,
ADC #63018                                                                                          PLAINTIFF

V.                              5:11CV00301 SWW/JTR

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction                                                    DEFENDANT

## ORDER

On December 12, 2011, the Court denied Plaintiff's request for appointment of counsel. *See* docket entry #3. Soon thereafter, Plaintiff filed two Motions asking the Court to reconsider that ruling. *See* docket entries #10 and #14. Plaintiff has failed to set forth a sufficient reason for the Court to reconsider its prior decision.   IT IS THEREFORE ORDERED THAT Plaintiff's Motions for Reconsideration (docket entries #10 and #14) are DENIED.

Dated this 5th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE