# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROGER D. MOSBY,
ADC #63018                                                                                           PLAINTIFF

V.                                 5:11CV00301 SWW/JTR

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction                                                DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendant on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 13th day of March, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE